JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>                    Plaintiff,<br><br>        v.<br><br>ORISSA PANPIPAT, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-09058-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 24]** |

On December 23, 2025, Plaintiff Moises Villalobos filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 24. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.
    2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: December 29, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge